# UNITED STATES DISTRICT COURT NORTHER DISTRICT OF FLORIDA

| | |
|---|---|
| BETTY HAMM, | ) |
| | ) Case No.: 3:07 CV 234/RV/MD |
| | ) |
| Plaintiff | ) |
| v. | ) AFFIDAVIT OF SERVICE |
| MERCK & CO., INC., | ) |
| | ) |
| | ) |
| Defendant | ) |

STATE OF NEW YORK: COUNTY OF KINGS   ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on JUNE 22, 2007 at 10:16 AM at 111 EIGHTH AVENUE, 13TH FLOOR, NEW YORK, NY 10011, receipients BUSINESS OFFICE deponent served the within SUMMONS, CIVIL COVER SHEET, COMPLAINT AND DEMAND FOR JURY TRIAL on MERCK & CO., INC C/O CT CORPORATION SYSTEM therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to SABRINA AMROSE personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Black    Hair: Brown    Glasses: No    Approx. Age: 35    Height: 5'-5"    Weight: 160
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309
THORNTON PROCESS SERVICE
3214 Samantha Drive
Cantonment, FL 32533
(850) 478-3333

Executed on: 6-26-07

Subscribed and sworn to before me, a notary public, on this 26th day of June, 2007.

_____    My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

ID: 07-005379                                                                                      Client Reference: Job #2438

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Florida__

BETTY HAMM

V.

MERCK & CO., INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv234/RV/MD

TO: (Name and address of Defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

SERVED 6/22/06 @ 10:16 am
Process Server Initials: [signature]   I.D.# 1133309
Thornton Process Service
(850) 478-3333

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY M. O'BRIEN
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM M. McCOOL, Clerk         6/5/07
CLERK                             DATE

_[signature] Justice_
(By) DEPUTY CLERK