# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BETTY HAMM,

    Plaintiff,

v.                                              Civil Action No.: 3:07 CV 234 RV/MD

MERCK & CO., INC.,

    Defendant.
_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant, MERCK & CO., INC., certify that it has no parent companies and that they are not aware of any beneficial owner of more than ten percent of its Common Stock.

                                                          Respectfully submitted,

                                                          */s/ Charles F. Beall, Jr.*
                                                          Charles F. Beall, Jr.
                                                          cbeall@mhw-law.com
                                                          Florida Bar No. 066494
                                                          Moore, Hill, Westmoreland, P.A.
                                                          220 West Garden Street
                                                          SunTrust Tower, 9th Floor
                                                          Pensacola, FL  32502
                                                          (850) 434-3541
                                                          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was served by electronic filing in accordance with N.D. Fla. Loc. R. 5.1(A)(6) on Timothy M. O'Brien at toobrien@levinlaw.com this 3rd day of August, 2007.

/s/ Charles F. Beall, Jr.
Charles F. Beall, Jr.
cbeall@mhw-law.com
Florida Bar No. 066494
MOORE, HILL & WESTMORELAND
220 West Garden Street
SunTrust Tower, 9th Floor
Pensacola, Florida 32502
(850) 434-3541
Attorneys for Defendant