# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BETTY HAMM

  VS               CASE NO. 3:07cv234/RV/MD

MERCK & CO., INC.

**REFERRAL AND ORDER**

Referred to Judge Vinson on   08/17/2007

Type of Motion/Pleading UNOPPOSED MOTION TO STAY PROCEEDINGS (pending transfer re MDL No. 1789)

Filed by: defendant      on 8/16/07    Doc. No. 9

( X ) Stipulated/Consented/Joint Pleading

RESPONSES:

               on       Doc. No.
               on       Doc. No.

              WILLIAM M. McCOOL, CLERK OF COURT

              /s/ *C. Justice*
              Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 17th day of August, 2007, that:

(a)   The requested relief is GRANTED.

(b) 

              /s/ *Roger Vinson*
              ROGER VINSON
              UNITED STATES DISTRICT JUDGE

Entered On Docket:        By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.