UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY HAMM

VS                                             CASE NO. **3:07cv234/RV/MD**

                                                          **MDL Case No. 1789**

MERCK & CO INC

**NOTICE OF TRANSFER OUT OF DISTRICT**

**To:**   Clerk, United States District Court
         Southern District of New York
         500 Pearl Street
         New York, NY 10007

   Pursuant to the Order of the MDL Panel transferring the above-styled civil action to your court, and notification by your court, please find enclosed a certified copy of the docket sheet, copy of your letter requesting the transfer, and **instructions for retrieving the electronic file**, in said civil action.

   Please acknowledge receipt on the enclosed copy of this notice of transmittal.

                                             WILLIAM M. McCOOL, CLERK OF COURT

 August 21, 2007                             /s/ C. Justice
DATE:                                        Deputy Clerk


Acknowledgment:
Date received in your district:
Your Case No.:

Document No.